MICHELLE EASTON *v*. EDGAR J. EASTON, JR.

The plaintiff's motion for judgment by default in the appeal from the Superior Court in Tolland County is granted unless the defendant files his brief on or before November 15, 1976.

*Katalin Roth,* for the appellant (plaintiff).

*Wilbur W. Dinegar,* for the appellee (defendant).

Argued October 5—decided October 5, 1976

JOSEPH J. ROTELLA *v*. COMMISSIONER OF TRANSPORTATION

TEXACO, INC. *v*. COMMISSIONER OF TRANSPORTATION

JOSEPH J. ROTELLA *v*. TEXACO, INC.

The motion by Joseph J. Rotella to dismiss the appeal filed June 7, 1976, by Texaco, Inc., from the Superior Court in Fairfield County (second case) and the Superior Court in Fairfield County at Stamford (third case) is granted.

*Frank W. Murphy,* for the appellee (Joseph J. Rotella, plaintiff in the first and third cases and intervening plaintiff in the second case).

*Ralph S. Loew,* for the appellant (Texaco, Inc., plaintiff in the second case and defendant in the third case).